UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

IN RE:   Michael Bonds,                                    Case No. 11–28458–jes
                        Debtor.                            Chapter 7

## NOTICE OF STATEMENT OF ABUSE FILED BY THE U.S. TRUSTEE

PLEASE TAKE NOTICE that on July 8, 2011, the Office of the United States Trustee filed a statement of presumption of abuse.

As required by 11 U.S.C. § 704(b)(1)(A), the U.S. Trustee has reviewed the materials filed by the debtor(s). Having considered these materials in reference to the criteria set forth in 11 U.S.C. § 707(b)(2)(A), and pursuant to 11 U.S.C. § 704(b)(2), the U.S. Trustee has determined that: (1) the case is presumed to be an abuse under § 707(b); and (2) the product of the current monthly income, multiplied by 12, is not less than the requirements specified in § 704(b)(2)(A) or (B).

As required by 11 U.S.C. § 704(b)(2), the U.S. Trustee will file a motion to dismiss or convert under § 707(b) or file a statement setting forth the reasons the U.S. Trustee does not consider such a motion to be appropriate, not later than 30 days after the date of this statement. The Debtor's may rebut the presumption of abuse only if special circumstances can be demonstrated as set forth in 11 U.S.C. § 707(b)(2)(B).

Dated: July 8, 2011                        **JANET L. MEDLOCK**
                                           Clerk of Court

                                           By:   Susan O.
                                                 Deputy Clerk