UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

IN RE: Michael Bonds,                   Case No. 11–28458–jes
                        Debtor.                 Chapter 7

**NOTICE OF STATEMENT OF ABUSE FILED BY THE U.S. TRUSTEE**

PLEASE TAKE NOTICE that on July 8, 2011, the Office of the United States Trustee filed a statement of presumption of abuse.

As required by 11 U.S.C. § 704(b)(1)(A), the U.S. Trustee has reviewed the materials filed by the debtor(s). Having considered these materials in reference to the criteria set forth in 11 U.S.C. § 707(b)(2)(A), and pursuant to 11 U.S.C. § 704(b)(2), the U.S. Trustee has determined that: (1) the case is presumed to be an abuse under § 707(b); and (2) the product of the current monthly income, multiplied by 12, is not less than the requirements specified in § 704(b)(2)(A) or (B).

As required by 11 U.S.C. § 704(b)(2), the U.S. Trustee will file a motion to dismiss or convert under § 707(b) or file a statement setting forth the reasons the U.S. Trustee does not consider such a motion to be appropriate, not later than 30 days after the date of this statement. The Debtor's may rebut the presumption of abuse only if special circumstances can be demonstrated as set forth in 11 U.S.C. § 707(b)(2)(B).

Dated: July 8, 2011                            **JANET L. MEDLOCK**
                                         Clerk of Court

                                         By: Susan O.
                                                Deputy Clerk

```
                          United States Bankruptcy Court
                           Eastern District of Wisconsin
In re:                                                       Case No. 11-28458-jes
Michael Bonds                                                Chapter 7
         Debtor                 CERTIFICATE OF NOTICE
District/off: 0757-2         User: sko                   Page 1 of 1         Date Rcvd: Jul 08, 2011
                             Form ID: ntcabust           Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 10, 2011.
db         +Michael Bonds,    3519 N. 50th St.,    Milwaukee, WI 53216-2928
nfs        +Kathy A. Bonds,    3519 N. 50th St.,    Milwaukee, WI 53216-2928
7198325    +Bank of America,    PO Box 15026,    Wilmington, DE 19850-5026
7198326    +Best Buy,    PO Box 5238,    Carol Stream, IL 60197-5238
7198327    +Chase Bank,    PO Box 94014,    Palatine, IL 60094-4014
7198329    +Colders/Wells Fargo,     800 Walnut St.,    F4030-04C,    Des Moines, IA 50309-3605
7198330   ++DELL FINANCIAL SERVICES,     P O BOX 81577,    AUSTIN TX 78708-1577
             (address filed with court: Dell Credit,       PO Box 6403,    Carol Stream, IL   60197.)
7198332    +Educator's CU,    PO Box 081040,    Racine, WI 53408-1040
7198333     Firestone,    PO Box 81419,    Cleveland, OH  44181
7198334    +GMAC,    PO Box 380902,    Bloomington, MN 55438-0902
7231613     Great Lakes Educational Loan Services,     Claims Filing Unit,    PO Box 8973,
             Madison, WI  53708-8973
7198335    +Great Lakes Educational Loans,     PO Box 3059,    Milwaukee, WI 53201-3059
7198336    +HSBC Retail Services,     PO Box 5238,    Carol Stream, IL 60197-5238
7198337   ++INTERNAL REVENUE SERVICE,     CENTRALIZED INSOLVENCY OPERATIONS,     PO BOX 7346,
             PHILADELPHIA PA 19101-7346
             (address filed with court: IRS,      Stop 5301,    211 W. Wisconsin Ave.,    Milwaukee, WI  53203)
7198338     Lowe's,    PO Box 539814,    Atlanta, GA  30353
7198339    +Milwaukee Water Works,     841 N. Broadway, #406,    Milwaukee, WI 53202-3613
7198344    +Wisconsin Department of Revenu,     PO Box 8902,    Madison, WI 53708-8902
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
7198328    +E-mail/Text: EBN.CTREAS@milwaukee.gov Jul 08 2011 23:11:50      City of Milwaukee Treasurer,
             200 E. Wells St., #103,    Milwaukee, WI 53202-3599
7198331    +E-mail/Text: DANIEL_SADOWSKI@ECU.COM Jul 08 2011 23:14:02      Educator's CU,
             7025 W. Appleton Ave.,    Milwaukee, WI 53216-2733
7198340    +E-mail/PDF: gecsedi@recoverycorp.com Jul 09 2011 01:34:53      Steinhafels/GEMB,    PO Box 981439,
             El Paso, TX 79998-1439
7198342    +E-mail/Text: collections-bk@uwcu.org Jul 08 2011 23:29:59      UW - Credit Union,    PO Box 44963,
             Madison, WI 53744-4963
7198343    +E-mail/Text: Bankruptcy-Notifications@we-energies.com Jul 08 2011 23:13:09        WE Energies,
             Attn: Bankruptcy Dept -A130,    PO Box 2046,    Milwaukee, WI 53201-2046
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
7198341    ##+US Department of Education,     PO Box 4169,    Greenville, TX 75403-4169
                                                                                TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 10, 2011**            **Signature:**   _Joseph Speetjens_