August 15, 2011

FILED - MAIL

2011 AUG 16 AM 10: 40

US BANKRUPTCY COURT
EASTERN DISTRICT OF WI

United States Bankruptcy Court

Re: Michael Bonds,

Chapter 7 Bankruptcy # 11-28458-jes

Dear U.S. Bankruptcy Court:

I would like my petition for a Chapter 7 Bankruptcy withdrawn or dismissed.

I would also like the Court to know that I have informed the Trustee Office and Attorney Riley via certified mail that I am requesting that my Chapter 7 bankruptcy proceeding be withdrawn or dismissed.

In Addition, I would like to inform the Court that I no longer retain Attorney Riley of Eisenberg, Riley and Zimmerman as my legal counsel. I have requested that he end his representation of me immediately.

If the Court needs any additional information from me, please contact me at (414) 520-3890.

Sincerely

*Michael Bonds*

Michael Bonds

Cc:

U.S. Trustee Office

Attorney Michelle Cramer

Attorney K. Riley



3519 NORTH 50TH ST
MIL. WI. 53216

MILWAUKEE FEDERAL COURTHOUSE
U.S. BANKRUPTCY COURT
ATTN: BANKRUPTCY COURT Room 72
517 EAST WISCONSIN AVE
MILWAUKEE, WISCONSIN
53202