UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

IN RE: Michael Bond,     Case No.: 11-28458-jes-13

Debtor.

## STIPULATION FOR WITHDRAWAL OF COUNSEL

That the foregoing parties hereby stipulate and agree that Eisenberg, Riley & Zimmerman, SC, by J. Kenyatta Riley, will withdraw as attorneys of record for the above-referenced Debtor.

It is agreed that a copy of the stipulation may be accepted as an original.

Dated in Milwaukee, Wisconsin this 19th day of August, 2011.

EISENBERG, RILEY & ZIMMERMAN, S.C.

By: _____     *[signature]*
   J. Kenyatta Riley                    Michael Bonds
   State Bar No.: 1026897         Debtor

                                                 8-19-11

*[Stamp: FILED 2011 AUG 19 PH 1:02 US BANKRUPTCY COURT EASTERN DISTRICT OF WI]*

Document Prepared by:
Eisenberg, Riley & Zimmerman, S.C.
2228 W. Wells St.
Milwaukee, WI 53233
Phone: (414) 933-0000
     (414) 933-0001 (fax)