IT IS HEREBY ORDERED
AS DESCRIBED BELOW.

DATED: August 30, 2011



*James E. Shapiro*
Honorable James E. Shapiro
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re: Michael Bonds,

    Debtor.           Case No.: 11-28458-jes-7

**ORDER TO WITHDRAW COUNSEL**

    Based upon the Stipulation for Withdrawal of Counsel filed by the debtor and debtor's counsel:

    **IT IS HEREBY ORDERED** that Law Offices of Eisenberg, Riley & Zimmerman, S.C., by J. Kenyatta Riley, be withdrawn as attorney of record for the above-referenced debtor.

#####