| UNITED STATES BANKRUPTCY COURT | EASTERN DISTRICT OF WISCONSIN |
|---|---|
| In re: | |
| MICHAEL BONDS, | 2011-28458-JES |
| Debtor. | Chapter 7 Proceeding |

## NOTICE OF APPEARANCE

TO THE COURT:

Please take notice that Clifton G. Owens hereby enters his appearance as attorney for Michael Bonds in the above proceeding, and pursuant to Bankruptcy Rule 2002, requests that his name be added to the mailing list maintained by the Clerk in the above case and that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the following:

Attorney Clifton G. Owens, 8131 W. Capitol Drive, Milwaukee, WI 53222

Please take further notice that the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by electronic filing, mail delivery, email, telephone, telegraph, facsimile, telex or otherwise.

Dated at Milwaukee, Wisconsin, this 10th day of September 2011.

Clifton G. Owens, State Bar No: 01010362
8131 West Capitol Drive, Milwaukee, WI 53222
Telephone: 414-462-5050, Fax: 414-462-7114