IT IS HEREBY ORDERED
AS DESCRIBED BELOW.

DATED: September 15, 2011



Honorable James E. Shapiro
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re:   Michael Bonds,<br><br>            Debtor. | Case No. 11-28458-jes<br>            (Chapter 7) |

**ORDER APPROVING STIPULATION UNDER 11 U.S.C. § 707(b)(1)
AND CONVERTING CASE TO CHAPTER 13**

The United States Trustee, by Attorney Michelle S. Y. Cramer, and the Debtor, Michael Bonds, by Attorney Clifton G. Owens, stipulated that this case is abusive under 11 U.S.C. § 707(b)(1).  In lieu of dismissal, Mr. Bonds stipulated to conversion of this case to Chapter 13.  After considering the Court's file and the stipulation between the parties,

**IT IS HEREBY ORDERED** that the United States Trustee's motion to dismiss this case under 11 U.S.C. § 707(b)(1) is granted.  In lieu of dismissal, with the express consent of Mr. Bonds, this case is converted to Chapter 13.  Notice of this order shall be sent to Mr. Bonds and the Chapter 7 Trustee, as required by Rule 1017(e), Fed. R. Bankr. P.

#####

Attorney Michelle S. Y. Cramer
Office of the United States Trustee
517 East Wisconsin Avenue, Suite 430
Milwaukee, WI 53202
(414) 297-4499 / Fax (414) 297-4478